UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SAGA FOREST CARRIERS,

           Plaintiff,

- against -

DAEWOO LOGISTICS CO. LTD.,

           Defendant.

------------------------------------------------------X

**ORDER**

08 Civ. 10087 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

      IT IS HEREBY ORDERED that the above-captioned case remain on the suspense docket because defendant has recently filed for bankruptcy. Counsel for defendant is directed to notify Chambers once the bankruptcy proceedings have concluded and the automatic stay may be lifted.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
         October 1, 2009



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09

## - Appearances -

**For Plaintiff:**

Christopher Carlsen, Esq.
Clyde & Co. US LLP
405 Lexington Avenue
New York, NY 10174

**For Defendant:**

Thomas H. Belknap, Jr., Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174